**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**12/15**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Fine Light, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Finelight** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **35-1883421** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1801 S. Liberty Drive** **Bloomington, IN 47403** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Monroe** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership

   ☐ Other. Specify: _____

Debtor   **Fine Light, Inc.**
_____   Case number (*if known*) _____
Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
**5418**

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **RMG Communications, LLC**   Relationship to you   **Subsidiary**

District   **Southern District of Indiana**   When   **3/16/16**   Case number, if known   **15-?????**

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Debtor    **Fine Light, Inc.**                                    Case number (*if known*) _____
     Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

      Contact name _____

      Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Fine Light, Inc.**                                                    Case number (*if known*) _____
          Name

| Request for Relief, Declaration, and Signature |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 16, 2016**
               MM / DD / YYYY

**X** **/s/ Kevin Todd**                                    **Kevin Todd**
Signature of authorized representative of debtor          Printed name

Title    **Chief Financial Officer**

**18. Signature of attorney**

**X** **/s/ Wendy D. Brewer**                        Date **March 16, 2016**
Signature of attorney for debtor                          MM / DD / YYYY

**Wendy D. Brewer**
Printed name

**Jefferson & Brewer, LLC**
Firm name

**300 N. Meridian St., Ste. 220**
**Indianapolis, IN 46204**
Number, Street, City, State & ZIP Code

Contact phone    **317-215-6220**    Email address    **wbrewer@jeffersonbrewer.com**

**22669-49**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Fine Light, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 16, 2016**        X **/s/ Kevin Todd**
                                          Signature of individual signing on behalf of debtor

                                          **Kevin Todd**
                                          Printed name

                                          **Chief Financial Officer**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Fine Light, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF INDIANA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Active Health Management 1333 Broadway NY 10180** | | **Unused Credit Memo(s) issued to Trade Creditor** | | | | $50,838.58 |
| **Arcadian Management Services 500 12th Street, Suite 350 Oakland, CA 94607** | | **Unused Credit Memo(s) issued to Trade Creditor** | | | | $15,190.70 |
| **Bob Egle, LLC 4103 Fairfax Drive Columbus, OH 43220** | | **Judgment dated 3/24/14 - Case No. 13-CV-003302 in Franklin County Court, Ohio (amount is face amount of Judgment)** | | | | $27,311.26 |
| **Circa Music 5030 Bradenton Avenue Dublin, OH 43017** | | **Trade Debt** | | | | $78,456.25 |
| **Clearspring Technologies 800 Westpark Drive Suite 625 McLean, VA 22102** | | **Trade Debt** | | | | $83,635.05 |
| **Clendening Johnson and Bohrer, P.C. 400 W. Patterson Drive Suite 205 Bloomington, IN 47403** | | **Goods or services** | | | | $23,797.17 |
| **Clifford Chance LLP 31 W. 52nd Street New York, NY 10019** | | **Goods or services** | | | | $36,203.39 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Fine Light, Inc.** _____  Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cmedia Services, LLC 207 NW Park Avenue Portland, OR 97209 | | Judgment | | | | $9,351,853.19 |
| Humana, Inc. 3594 Reliable Parkway Chicago, IL 60686-0035 | | Rent | | | | $26,273.40 |
| Japs-Olson Company 7500 Excelsior Boulevard Minneapolis, MN 55426 | | Judgment | | | | $618,931.23 |
| John Hancock Life Insurance 1475 E. Woodfield Road Suite 100 Schaumburg, IL 60173 | | Rent | | | | $19,332.70 |
| JP Ownership Group, Inc. 10765 Lantern Road Suite 201 Fishers, IN 46038 | | Agreed Judgment entered on 1/9/14 in Case No. 53C01-1304-CC-00 0687.  Amount identified is the face amount of the Judgment. | | | | $37,500.00 |
| Knowledge Base Marketing 2050 N. Greenville Avenue Richardson, TX 75082-4322 | | Trade Debt | | | | $95,062.50 |
| Mallor Grodner LLP 511 Woodcrest Drive Bloomington, IN 47401 | | Goods or services | | | | $40,108.07 |
| Metropolitan Jewish Health System, Inc. 6323 7th Avenue Brooklyn, NY 11220 | | Litigation settlement of trade debt claim. Case No. 1:09-cv-02677-RE R, E.D. of NY. | | | | $706,666.74 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor **Fine Light, Inc.**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rainer U. Ziehm 1239 N. High Street Columbus, OH 43201** | | **Consent Judgment dated 6/10/14 in Case No. 2:13-cv-01134-GC S-NMK in the S.D. of Ohio.  Ziehm as assignee of Leftchannel, Inc. Trade Debt. Amount lis** | | | | **$229,000.00** |
| **Regions Bank P.O. Box 2224 Birmingham, AL 35246** | | **Credit card purchases** | | | | **$147,809.02** |
| **Software House International Inc. 33 Knightsbridge Road Piscataway, NJ 08854** | | **Goods or services.** | | | | **$26,038.72** |
| **Studio Center 161 Business Park Drive Virginia Beach, VA 23462** | | **Trade Debt** | | | | **$16,436.00** |
| **Victoria James 11 Stonefence Lane South Kent, CT 06785** | | **Goods or services** | | | | **$16,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Fine Light, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*...............................................................................................    $        **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*............................................................................................    $     **254,537.26**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..............................................................................................    $     **254,537.26**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $        **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $        **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$   **15,769,478.25**

4.  **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b          $   **15,769,478.25**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Fine Light, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number *(if known)*   _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Regions Bank** | **Checking** | 6562 | $1,998.68 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$1,998.68**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Fine Light, Inc.**                                        Case number *(If known)* _____
_____
Name

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

| | | | | |
|---|---|---|---|---|
| 15.1. | **RMG Communications, LLC** | 100 % | Appraisal | $0.00 |
| 15.2. | **Aquila, LLC** | 8 % | Appraisal | $0.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**                                                                                    $0.00
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **Fine Light, Inc.**
_____   Case number *(If known)* _____
       Name

- ■ No.  Go to Part 11.
- ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ■ Yes Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**71. Notes receivable**
Description (include name of obligor)

| | Total face amount | doubtful or uncollectible amount | |
|---|---|---|---|
| **Heartland Realty of Bloomington, LLC** | **3,000.00** − | **0.00** = | **$3,000.00** |
| **FL West, LLC** | **249,538.58** − | **0.00** = | **$249,538.58** |
| **Aquila, LLC (entity is currently balance sheet insolvent)** | **943,571.20** − | **943,571.20** = | **Unknown** |
| **Fine Light Public Relations, Inc. (entity is balance sheet insolvent)** | **373,539.73** − | **373,539.73** = | **Unknown** |
| **RMG Communications, LLC (entity is insolvent and filing Chapter 11)** | **3,830,402.50** − | **3,830,402.50** = | **Unknown** |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**
**Aquila, LLC (amount based on CMedia Judgment obtained in Case No. 53C01-1203-CC-000486)**                           **Unknown**

| Nature of claim | **Alleged fraudulent txfr and veil piercing claims belong to estate under 544(b)** |
|---|---|
| Amount requested | **$9,351,853.19** |

**Fine Light Public Relations, Inc. (amount based on CMedia Judgment obtained in Case No. 53C01-1203-CC-000486)**                          **Unknown**

| Nature of claim | **Alleged fraudulent txfr and veil piercing claims belong to estate under 544(b)** |
|---|---|
| Amount requested | **$9,351,853.19** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Fine Light, Inc.**
        Name                                                    Case number *(If known)* _____

**Landco of Southern Indiana, LLC  (amount based on CMedia Judgment obtained in Case No. 53C01-1203-CC-000486)**                                          Unknown

| Nature of claim | Alleged fraudulent txfr and veil piercing claims belong to estate under 544(b) |
|---|---|
| Amount requested | $9,351,853.19 |

**Walnut Street Development, LLC  (amount based on CMedia Judgment obtained in Case No. 53C01-1203-CC-000486)**                                          Unknown

| Nature of claim | Alleged fraudulent txfr and veil piercing claims belong to estate under 544(b) |
|---|---|
| Amount requested | $9,351,853.19 |

**Heartland Realty of Bloomington, LLC  (amount based on CMedia Judgment obtained in Case No. 53C01-1203-CC-000486)**                                          Unknown

| Nature of claim | Alleged fraudulent txfr and veil piercing claims belong to estate under 544(b) |
|---|---|
| Amount requested | $9,351,853.19 |

**Heartland Development Group, LLC  (amount based on CMedia Judgment obtained in Case No. 53C01-1203-CC-000486)**                                          Unknown

| Nature of claim | Alleged fraudulent txfr and veil piercing claims belong to estate under 544(b) |
|---|---|
| Amount requested | $9,351,853.19 |

**Crossroads Development Group, Inc.  (amount based on CMedia Judgment obtained in Case No. 53C01-1203-CC-000486)**                                          Unknown

| Nature of claim | Alleged fraudulent txfr and veil piercing claims belong to estate under 544(b) |
|---|---|
| Amount requested | $9,351,853.19 |

**YFD, LLC  (amount based on CMedia Judgment obtained in Case No. 53C01-1203-CC-000486)**                                          Unknown

| Nature of claim | Alleged fraudulent txfr and veil piercing claims belong to estate under 544(b) |
|---|---|
| Amount requested | $9,351,853.19 |

**FL West, LLC  (amount based on CMedia Judgment obtained in Case No. 53C01-1203-CC-000486)**                                          Unknown

| Nature of claim | Alleged fraudulent txfr and veil piercing claims belong to estate under 544(b) |
|---|---|
| Amount requested | $9,351,853.19 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **Fine Light, Inc.**                                        Case number *(If known)* _____
             Name

**Bloom Insurance Agency, LLC  (amount based on CMedia Judgment obtained in Case No. 53C01-1203-CC-000486)**                                              **Unknown**

| Nature of claim | Alleged fraudulent txfr and veil piercing claims belong to estate under 544(b) |
|---|---|
| Amount requested | **$9,351,853.19** |

**Finelight Agency, LLC  (amount based on CMedia Judgment obtained in Case No. 53C01-1203-CC-000486)**                                              **Unknown**

| Nature of claim | Alleged fraudulent txfr and veil piercing claims belong to estate under 544(b) |
|---|---|
| Amount requested | **$9,351,853.19** |

**Bloom Media Services, LLC  (amount based on CMedia Judgment obtained in Case No. 53C01-1203-CC-000486)**                                              **Unknown**

| Nature of claim | Alleged fraudulent txfr and veil piercing claims belong to estate under 544(b) |
|---|---|
| Amount requested | **$9,351,853.19** |

**Julie A. Rogers  (amount based on CMedia Judgment obtained in Case No. 53C01-1203-CC-000486)**                                              **Unknown**

| Nature of claim | Alleged fraudulent txfr claims belong to estate under 544(b) |
|---|---|
| Amount requested | **$9,351,853.19** |

**Julie A. Rogers Revocable Living Trust  (amount based on CMedia Judgment obtained in Case No. 53C01-1203-CC-000486)**                                              **Unknown**

| Nature of claim | Alleged fraudulent txfr claims belong to estate under 544(b) |
|---|---|
| Amount requested | **$9,351,853.19** |

**Kevin Todd  (amount based on CMedia Judgment obtained in Case No. 53C01-1203-CC-000486)**                                              **Unknown**

| Nature of claim | Alleged fraudulent txfr claims belong to estate under 544(b) |
|---|---|
| Amount requested | **$9,351,853.19** |

**Sherman T. Rogers  (amount based on CMedia Judgment obtained in Case No. 53C01-1203-CC-000486)**                                              **Unknown**

| Nature of claim | Alleged fraudulent txfr and veil piercing claims belong to estate under 544(b) |
|---|---|
| Amount requested | **$9,351,853.19** |

**RMG Communications, LLC  (amount based on CMedia Judgment obtained in Case No. 53C01-1203-CC-000486)**                                              **Unknown**

| Nature of claim | Alleged fraudulent txfr claims belong to estate under 544(b) |
|---|---|
| Amount requested | **$9,351,853.19** |

Debtor    **Fine Light, Inc.**
          Name

Case number *(If known)*

| | |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
| 78. | **Total of Part 11.** |

Add lines 71 through 77. Copy the total to line 90.

$252,538.58

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor   **Fine Light, Inc.**
Name

Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,998.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $252,538.58 | |
| 91. **Total.** Add lines 80 through 90 for each column | $254,537.26 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $254,537.26 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Fine Light, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __Fine Light, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF INDIANA__

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the others to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $7,386.74 |
| | **600 Associates**<br>**333 E. Main Street**<br>**Suite 510**<br>**Louisville, KY 40202** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __November 2013__ | **Basis for the claim:** __Rent__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes |
| **3.2** | Nonpriority creditor's name and mailing address | $50,838.58 |
| | **Active Health Management**<br>**1333 Broadway**<br>**NY 10180** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __Various__ | **Basis for the claim:** __Unused Credit Memo(s) issued to Trade Creditor__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes |
| **3.3** | Nonpriority creditor's name and mailing address | $5,440.00 |
| | **American Society of Civil Engineers**<br>**1801 Alexander Bell Drive**<br>**Reston, VA 20191** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __August 2011__ | **Basis for the claim:** __Trade Debt__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes |
| **3.4** | Nonpriority creditor's name and mailing address | $3,554.29 |
| | **Arbitron, Inc.**<br>**9705 Patuxent Woods Drive**<br>**Columbia, MD 21046** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __December 2011__ | **Basis for the claim:** __Goods or services__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes |

Debtor    **Fine Light, Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,190.70** |

**3.5**

**Nonpriority creditor's name and mailing address**
**Arcadian Management Services**
**500 12th Street, Suite 350**
**Oakland, CA 94607**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unused Credit Memo(s) issued to Trade Creditor**

Is the claim subject to offset? ■ No ☐ Yes

**$15,190.70**

---

**3.6**

**Nonpriority creditor's name and mailing address**
**Bloom Insurance Agency, LLC**
**1801 S. Liberty Drive**
**Bloomington, IN 47403**

Date(s) debt was incurred  **Apr. 2011-Sep. 2013**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$349,898.39**

---

**3.7**

**Nonpriority creditor's name and mailing address**
**Bloom Insurance Agency, LLC**
**1801 S. Liberty Drive**
**Bloomington, IN 47403**

Date(s) debt was incurred  **September 2012**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services**

Is the claim subject to offset? ■ No ☐ Yes

**$8,135.00**

---

**3.8**

**Nonpriority creditor's name and mailing address**
**Bloom Media Services, LLC**
**1801 S. Liberty Drive**
**Bloomington, IN 47403**

Date(s) debt was incurred  **Feb. 2013-Aug. 2013**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$171,772.55**

---

**3.9**

**Nonpriority creditor's name and mailing address**
**Bob Egle, LLC**
**4103 Fairfax Drive**
**Columbus, OH 43220**

Date(s) debt was incurred  **August 2008**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment dated 3/24/14 - Case No. 13-CV-003302 in Franklin County Court, Ohio (amount is face amount of Judgment)**

Is the claim subject to offset? ■ No ☐ Yes

**$27,311.26**

---

**3.10**

**Nonpriority creditor's name and mailing address**
**Chicago Tribune**
**14839 Collections Center Drive**
**Chicago, IL 60693-0148**

Date(s) debt was incurred  **October 2011**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,347.96**

---

**3.11**

**Nonpriority creditor's name and mailing address**
**Circa Music**
**5030 Bradenton Avenue**
**Dublin, OH 43017**

Date(s) debt was incurred  **November 2008**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$78,456.25**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __Fine Light, Inc._____     Case number (if known) _____
           Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,635.05 |

**3.12** | **Nonpriority creditor's name and mailing address**

**Clearspring Technologies**
**800 Westpark Drive**
**Suite 625**
**McLean, VA 22102**

Date(s) debt was incurred __May 2011__

Last 4 digits of account number __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$83,635.05**

---

**3.13** | **Nonpriority creditor's name and mailing address**

**Clendening Johnson and Bohrer, P.C.**
**400 W. Patterson Drive**
**Suite 205**
**Bloomington, IN 47403**

Date(s) debt was incurred __April 2012__

Last 4 digits of account number __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services__

Is the claim subject to offset? ■ No ☐ Yes

**$23,797.17**

---

**3.14** | **Nonpriority creditor's name and mailing address**

**Clifford Chance LLP**
**31 W. 52nd Street**
**New York, NY 10019**

Date(s) debt was incurred __August 2008__

Last 4 digits of account number __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services__

Is the claim subject to offset? ■ No ☐ Yes

**$36,203.39**

---

**3.15** | **Nonpriority creditor's name and mailing address**

**Cmedia Services, LLC**
**207 NW Park Avenue**
**Portland, OR 97209**

Date(s) debt was incurred __January 2014__

Last 4 digits of account number __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Judgment__

Is the claim subject to offset? ■ No ☐ Yes

**$9,351,853.19**

---

**3.16** | **Nonpriority creditor's name and mailing address**

**Conway Sun**
**64 Seavey Street**
**North Conway, NH 03860**

Date(s) debt was incurred __January 2012__

Last 4 digits of account number __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$917.00**

---

**3.17** | **Nonpriority creditor's name and mailing address**

**Core Media**
**695 Route 46 West**
**Suite 403**
**Fairfield, NJ 07004**

Date(s) debt was incurred __September 2013__

Last 4 digits of account number __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services__

Is the claim subject to offset? ■ No ☐ Yes

**$10,187.12**

---

**3.18** | **Nonpriority creditor's name and mailing address**

**Crossroads Development Group, Inc.**
**1801 S. Liberty Drive**
**Bloomington, IN 47403**

Date(s) debt was incurred __July 2013__

Last 4 digits of account number __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$27,000.00**

| Debtor | Fine Light, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19**   **Nonpriority creditor's name and mailing address**
**Culligan Water**
**490 N. Clark Boulevard**
**Clarksville, IN 47129**

Date(s) debt was incurred **September 2013**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*    **$152.64**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20**   **Nonpriority creditor's name and mailing address**
**Debbie Burgan**
**600 E. Main Street**
**Suite 310**
**Louisville, KY 40202**

Date(s) debt was incurred **October 2013**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*    **$975.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods or services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21**   **Nonpriority creditor's name and mailing address**
**EGIX**
**P.O. Box 748001**
**Cincinnati, OH 45274**

Date(s) debt was incurred **June 2013**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*    **$175.87**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22**   **Nonpriority creditor's name and mailing address**
**Exeter News Letter**
**111 New Hampshire Avenue**
**Portsmouth, NH 03801**

Date(s) debt was incurred **November 2011**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*    **$5,733.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23**   **Nonpriority creditor's name and mailing address**
**Finelight Agency, LLC**
**1801 S. Liberty Drive**
**Bloomington, IN 47403**

Date(s) debt was incurred **Sep. 2009-Jan. 2014**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*    **$2,871,864.76**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24**   **Nonpriority creditor's name and mailing address**
**Goldberg Segalla LLP**
**665 Main Street**
**Suite 400**
**Buffalo, NY 14203**

Date(s) debt was incurred **December 2010**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*    **$6,146.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods or services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25**   **Nonpriority creditor's name and mailing address**
**Humana, Inc.**
**3594 Reliable Parkway**
**Chicago, IL 60686-0035**

Date(s) debt was incurred **March 2011**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*    **$26,273.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fine Light, Inc.**                                   Case number *(if known)* _____

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $748.90 |
|---|---|---|---|

**Ingenix**
**12125 Technology Drive**
**Eden Prairie, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2011**

Basis for the claim:  **Goods or services**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $618,931.23 |
|---|---|---|---|

**Japs-Olson Company**
**7500 Excelsior Boulevard**
**Minneapolis, MN 55426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2014**

Basis for the claim:  **Judgment**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,332.70 |
|---|---|---|---|

**John Hancock Life Insurance**
**1475 E. Woodfield Road**
**Suite 100**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2013**

Basis for the claim:  **Rent**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,500.00 |
|---|---|---|---|

**JP Ownership Group, Inc.**
**10765 Lantern Road**
**Suite 201**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2008**

Basis for the claim:  **Agreed Judgment entered on 1/9/14 in Case No.**
**53C01-1304-CC-000687.  Amount identified is the face amount of the**
**Judgment.**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Kantar Media**
**11 Madison Avenue**
**12th Floor**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2012**

Basis for the claim:  **Goods or services**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95,062.50 |
|---|---|---|---|

**Knowledge Base Marketing**
**2050 N. Greenville Avenue**
**Richardson, TX 75082-4322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2010**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mail Louisville, Inc.**
**12500 Westport Road**
**Louisville, KY 40245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2011**

Basis for the claim:  **Trade Debt - Settlement Agreement**
**Case No. 1:12-CV-00237-DML-TWP dismissed with prejudice on**
**8/4/14.**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Fine Light, Inc.**                                  Case number (if known) _____
         Name

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,108.07** |
|---|---|---|---|

**Mallor Grodner LLP**
**511 Woodcrest Drive**
**Bloomington, IN 47401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **March 2010**

Basis for the claim: **Goods or services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,655.00** |
|---|---|---|---|

**Media Partner**
**80 Elmwood Drive**
**Glen Carbon, IL 62034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Septenmer 2008**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$706,666.74** |
|---|---|---|---|

**Metropolitan Jewish Health System, Inc.**
**6323 7th Avenue**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **July 2011**

Basis for the claim: **Litigation settlement of trade debt claim.  Case No.**
**1:09-cv-02677-RER, E.D. of NY.**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,032.35** |
|---|---|---|---|

**Mills James**
**P.O. Box 714086**
**Cincinnati, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **March 2011**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$499.44** |
|---|---|---|---|

**Piedmont Community Health Plan, Inc.**
**1937 Thomason Drive**
**Lynchburg, VA 24501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Unused Credit Memo(s) issued to Trade Creditor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,311.88** |
|---|---|---|---|

**Power Lists and Data**
**782 Shearer Street**
**North Wales, PA 19454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **August 2011**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$229,000.00** |
|---|---|---|---|

**Rainer U. Ziehm**
**1239 N. High Street**
**Columbus, OH 43201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **November 2013**

Basis for the claim: **Consent Judgment dated 6/10/14 in Case No.**
**2:13-cv-01134-GCS-NMK in the S.D. of Ohio.  Ziehm as assignee of**
**Leftchannel, Inc.  Trade Debt.  Amount listed is face amount of**
**Judgment.**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Fine Light, Inc.**                                    Case number (if known) _____
      Name

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$147,809.02** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------------|

**Regions Bank**
**P.O. Box 2224**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __August 2009__

**Basis for the claim:** __Credit card purchases__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$627.81** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Roberts Distributors**
**255 S. Meridian Street**
**Indianapolis, IN 46225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __April 2012__

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,076.45** |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------------|

**Rosette Printing**
**517 Widgeon**
**Bloomingdale, IL 60108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __October 2008__

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,324.89** |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------------|

**SEB Immobilien GMBG**
**2 World Financial Center**
**New York, NY 10281-1050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __April 2012__

**Basis for the claim:** __Rent__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$421,588.47** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------------|

**Sherman T. Rogers**
**3500 S. Snoddy Road**
**Bloomington, IN 47401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Dec. 2007-Mar. 2014__

**Basis for the claim:** __Note Payable__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$158,694.92** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------------|

**Sherman T. Rogers**
**3500 S. Snoddy Road**
**Bloomington, IN 47401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Aug. 2013-Mar. 2014__

**Basis for the claim:** __Loan__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,038.72** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**Software House International Inc.**
**33 Knightsbridge Road**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __January 2010__

**Basis for the claim:** __Goods or services.__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Fine Light, Inc.**                                         Case number (if known) _____
         Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,317.33 |
|---|---|---|---|

**SRDS**
**PERQ/HCI Young Republic Inc.**
**1700 Higgins Road**
**Des Plaines, IL 60018**

Date(s) debt was incurred  **February 2012**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or Services.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,436.00 |
|---|---|---|---|

**Studio Center**
**161 Business Park Drive**
**Virginia Beach, VA 23462**

Date(s) debt was incurred  **August 2009**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**The Sentinel of Gloucester County**
**330 Oak Avenue**
**Malaga, NJ 08328**

Date(s) debt was incurred  **May 2011**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,836.69 |
|---|---|---|---|

**Time Warner Telecom**
**1700 Lincoln Street**
**Lower Level 3**
**Denver, CO 80274**

Date(s) debt was incurred  **November 2012**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|---|---|---|---|

**Victoria James**
**11 Stonefence Lane**
**South Kent, CT 06785**

Date(s) debt was incurred  **January 2013**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,576.00 |
|---|---|---|---|

**Visalia Newspapers, Inc.**
**330 N. West Street**
**Visalia, CA 93291**

Date(s) debt was incurred  **December 2011**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,175.20 |
|---|---|---|---|

**WGN**
**435 N. Michigan Avenue**
**Suite 1**
**Chicago, IL 60611**

Date(s) debt was incurred  **May 2011**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Fine Light, Inc.**                                       Case number (if known) _____
_____
Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,081.80 |

**Xerox Corporation**
**P.O. Box 650361**
**Dallas, TX 75265-0361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2012**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Barry A. Waller**<br>**Fry, Waller & McCann Co., L.P.A.**<br>**35 East Livingston Avenue**<br>**Columbus, OH 43215** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Curtis D. Ripley**<br>**Leonard, Street and Deinard, P.A.**<br>**150 S. Fifth Street, Suite 2300**<br>**Minneapolis, MN 55402** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Ina B. Scher**<br>**Davis & Gilbert LLP**<br>**1740 Broadway**<br>**New York, NY 10019** | Line **3.35**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Joseph Mulvey**<br>**Mulvey Law LLC**<br>**133 W. Market Street, Suite 274**<br>**Indianapolis, IN 46204** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Mark Waterfill**<br>**Benesch Friedlander Coplan & Aronoff**<br>**1 American Square, Suite 2300**<br>**Indianapolis, IN 46282** | Line **3.32**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Michael J. Johrendt**<br>**Johrendt & Holford**<br>**250 E. Broad Street, Suite 200**<br>**Columbus, OH 43215** | Line **3.39**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **R. Brock Jordan**<br>**Densborn Blachly, LLP**<br>**500 E. 96th Street, Suite 100**<br>**Indianapolis, IN 46240** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Steven M. Lutz**<br>**Church Church Hittle & Antrim**<br>**10765 Lantern Road, Suite 201**<br>**Fishers, IN 46037** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 15,769,478.25 |

Debtor    **Fine Light, Inc.**
                      Name

Case number (if known)

**5c. Total of Parts 1 and 2**
  Lines 5a + 5b = 5c.

5c.    $                    **15,769,478.25**

**Fill in this information to identify the case:**

Debtor name    **Fine Light, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Fine Light, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **RMG Communications, LLC** | **1801 S. Liberty Drive**<br>**Bloomington, IN 47403** | **Cmedia Services, LLC** | ☐ D _____<br>☑ E/F ___3.15___<br>☐ G _____ |
| 2.2 | **Sherman T. Rogers** | **3500 S. Snoddy Road**<br>**Bloomington, IN 47401** | **Regions Bank** | ☐ D _____<br>☑ E/F ___3.40___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Fine Light, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ■ None.

    | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
    | --- | --- | --- |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** Check all that apply |
    | --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | **Insider's name and address** **Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
    | --- | --- | --- | --- |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **Fine Light, Inc.**                                                    Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Cmedia Services, LLC v. Fine Light, Inc.; RMG Communications, LLC; and Sherman Rogers**<br>**53C01 1203 CC 000486** | **Fraudulent Transfer** | **Monroe Circuit Court**<br>**100 W. Kirkwood Avenue**<br>**Bloomington, IN 47404** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Cmedia Services, LLC v. Sherman Rogers, et al.**<br>**1:15-cv-435-SEB-MJD** | **Fradulent Transfer; Veil-Piercing; Alter-Ego** | **U.S. District Court, S. Dist. of Indiana**<br>**46 E. Ohio Street**<br>**Indianapolis, IN 46204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

Debtor    **Fine Light, Inc.**                                Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jefferson & Brewer LLC**<br>**300 N. Meridian Street**<br>**Suite 220**<br>**Indianapolis, IN 46204** | **Prepayment of filing Fees for RMG Communicaitons and Fine Light Chapter 11 filings, and balance as retainer for Debtor's Counsel** | **March 14, 2016** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Barron Business Consulting, Inc.**<br>**201 N. Illinois, Suite 1630**<br>**Indianapolis, IN 46204** | **Retainer for CRO Services** | **3/16/16** | **$15,000.00** |
| | Email or website address<br>**www.barronbusinessconsulting.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Faegre Baker Daniels**<br>**300 N. Meridian Street, Suite 2700**<br>**Indianapolis, IN 46204** | **Retainer for Special Counsel** | **3/16/16** | **$15,000.00** |
| | Email or website address<br>**www.faegrebd.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

   Do not include transfers already listed on this statement.

   ■ None.

Debtor    **Fine Light, Inc.**                                                              Case number *(if known)*

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Cmedia Services, LLC 207 NW Park Avenue Portland, OR 97209 | Personal property (furniture and equipment) of Debtor and RMG Comms., LLC was liquidated by auction for the benefit of CMedia in April 2014 for the total sale price of $12,751 (net after auction expenses CMedia received $5,413.95) | April 2014 | $12,751.00 |
| | Relationship to debtor Judgment creditor | | | |
| 13.2. | Cmedia Services, LLC 207 NW Park Avenue Portland, OR 97209 | Garnishment | 3/14/14 | $7,123.76 |
| | Relationship to debtor Judgment Creditor | | | |
| 13.3. | Cmedia Services, LLC 207 NW Park Avenue Portland, OR 97209 | Garnishment | 3/20/14 | $2,858.17 |
| | Relationship to debtor Judgment Creditor | | | |
| 13.4. | Cmedia Services, LLC 207 NW Park Avenue Portland, OR 97209 | Garnishment | 3/20/14 | $872.24 |
| | Relationship to debtor Judgment Creditor | | | |
| 13.5. | Cmedia Services, LLC 207 NW Park Avenue Portland, OR 97209 | Garnishment | 3/20/14 | $100.00 |
| | Relationship to debtor Judgment Creditor | | | |
| 13.6. | Cmedia Services, LLC 207 NW Park Avenue Portland, OR 97209 | Garnishment | 3/20/14 | $100.00 |
| | Relationship to debtor Judgment Creditor | | | |

Debtor    **Fine Light, Inc.**          Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.7. | **Cmedia Services, LLC<br>207 NW Park Avenue<br>Portland, OR 97209**<br><br>Relationship to debtor<br>**Judgment Creditor** | **Garnishment** | **9/26/14** | **$685.97** |
| 13.8. | **Cmedia Services, LLC<br>207 NW Park Avenue<br>Portland, OR 97209**<br><br>Relationship to debtor<br>**Judgment Creditor** | **Garnishment** | **9/26/14** | **$88.20** |
| 13.9. | **Cmedia Services, LLC<br>207 NW Park Avenue<br>Portland, OR 97209**<br><br>Relationship to debtor<br>**Judgment Creditor** | **Garnishment** | **10/7/14** | **$100.00** |
| 13.10. | **Cmedia Services, LLC<br>207 NW Park Avenue<br>Portland, OR 97209**<br><br>Relationship to debtor<br>**Judgment Creditor** | **Garnishment** | **1/1/15** | **$2,673.02** |
| 13.11. | **Cmedia Services, LLC<br>207 NW Park Avenue<br>Portland, OR 97209**<br><br>Relationship to debtor<br>**Judgment Creditor** | **Garnishment** | **4/28/15** | **$100.00** |
| 13.12. | **RMG Communications LLC<br>1801 S. Liberty Drive<br>Bloomington, IN 47403**<br><br>Relationship to debtor<br>**Subsidiary** | **Loan payment** | **3/21/14** | **$3,000.00** |
| 13.13. | **RMG Communications LLC<br>1801 S. Liberty Drive<br>Bloomington, IN 47403**<br><br>Relationship to debtor<br>**Subsidiary** | **Loan Payment** | **3/21/14** | **$200.00** |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

---

Debtor    **Fine Light, Inc.**                                    Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  **600 E. Main Street Louisville, KY 40202** | |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ☑ Yes. Does the debtor serve as plan administrator?

        ☑ No Go to Part 10.
        ☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1.  **Regions Bank** | **XXXX-9220** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **Closed 4/28/15 - $100.00 remaining in account was garnished by CMedia Services.** | **$100.00** |
| 18.2.  **Old National Bank Deposit Servicing/Account Support PO Box 3606 Evansville, IN 47735** | **XXXX-7612** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **Closed 3/14/14 - $7123.76 remaining in account was garnished by CMedia Services** | **$7,123.76** |

Debtor    **Fine Light, Inc.**                              Case number *(if known)*

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Taft Stettinius & Hollister LLP**<br>**One Indiana Square, Suite 3500**<br>**Indianapolis, IN 46204** | **Attorneys for Fine Light, Inc.** | **Books and records** | ☐ No<br>■ Yes |
| **Barn owned by Principal of the Debtor**<br>**2865 East Rhorer Road**<br>**Bloomington, IN 47401** | **Sherman Rogers** | **Some old business records.** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Fine Light, Inc.**                                          Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **RMG Communications, LLC**<br>**1801 S. Liberty Drive**<br>**Bloomington, IN 47403** | **Market research and lead generation.** | EIN:  **20-5597281**<br><br>From-To  **2006-Present (no active business operations since 2012)** |
| 25.2.  **Aquila, LLC**<br>**1801 S. Liberty Drive**<br>**Bloomington, IN 47403** | **Airplane and hangar ownership and leasing.** | EIN:  **35-1985093**<br><br>From-To  **1996-present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Kevin Todd**<br>**1801 S. Liberty Drive**<br>**Bloomington, IN 47403** | **1994 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Kevin Todd**<br>**1801 S. Liberty Drive**<br>**Bloomington, IN 47403** | **1994 - present** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.  **BKD LLP**<br>**P.O. Box 628**<br>**Evansville, IN 47704** | **1994 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    **Fine Light, Inc.**                                      Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Taft Stettinius & Hollister LLP**<br>**One Indiana Square, Suite 3500**<br>**Indianapolis, IN 46204** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Cmedia Services, LLC**<br>**207 NW Park Avenue**<br>**Portland, OR 97209** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No
■  Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1  **Key Auctioneers & Appraisers** | **March 2014** | **$12,751 (auction value of assets of debtor and RMG Comms., LLC)** |

| Name and address of the person who has possession of inventory records |
|---|
| **Key Auctioneers & Appriasers**<br>**5520 S. Harding Street**<br>**Indianapolis, IN 46217** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sherman T. Rogers** | **1801 S. Liberty Drive**<br>**Bloomington, IN 47403** | **President, Secretary, and Chief Executive Officer** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kevin Todd** | **1801 S. Liberty Drive**<br>**Bloomington, IN 47403** | **Chief Financial Officer** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■  No
☐  Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■  No
☐  Yes. Identify below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Fine Light, Inc.**                                              Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 16, 2016**

**/s/ Kevin Todd**                                          **Kevin Todd**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Fine Light, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 21,566.00 |
| Prior to the filing of this statement I have received | $ | 21,566.00 |
| Balance Due | $ | 0.00 |

2.  $ **0.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Debtor is obligated to reimburse costs and pay the law firm of Jefferson & Brewer, LLC, at its regular hourly rates for services provided in this bankruptcy case.  Debtor provided a $25,000 payment to Jefferson & Brewer, LLC prior to filing, which was used as a prepayment for filing fees for Chapter 11 petitions for both the Debtor and its subsidiary, RMG Communications, Inc. with the remainder held in trust as a retainer in the amount of $21,566 against fees to be incurred in representation of the Debtor in the case, and/or RMG Communications, LLC as a debtor in its related case, subject to court authorization.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtor-in-possession in pursuit of related party claims including alleged fraudulent transfers and veil piercing claims.  It is expected that special counsel will be employed to pursue such claims on behalf of the Debtor.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 16, 2016**

*Date*

**/s/ Wendy D. Brewer**

**Wendy D. Brewer 22669-49**
*Signature of Attorney*
**Jefferson & Brewer, LLC**
**300 N. Meridian St., Ste. 220**
**Indianapolis, IN 46204**
**317-215-6220  Fax: 317-252-0275**
**wbrewer@jeffersonbrewer.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Fine Light, Inc.**                                                    Case No. _____

                                                    Debtor(s)    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sherman T. Rogers**<br>**3500 S. Snoddy Road**<br>**Bloomington, IN 47401** | | **100%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 16, 2016** _____    Signature    **/s/ Kevin Todd** _____

                                                                    **Kevin Todd**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Fine Light, Inc.**                                              Case No. _____

                                                    Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 16, 2016**                               **/s/ Kevin Todd**
                                                         **Kevin Todd**/**Chief Financial Officer**
                                                         Signer/Title

600 ASSOCIATES
333 E. MAIN STREET
SUITE 510
LOUISVILLE, KY 40202


ACTIVE HEALTH MANAGEMENT
1333 BROADWAY
NY 10180


AMERICAN SOCIETY OF CIVIL ENGINEERS
1801 ALEXANDER BELL DRIVE
RESTON, VA 20191


ARBITRON, INC.
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046


ARCADIAN MANAGEMENT SERVICES
500 12TH STREET, SUITE 350
OAKLAND, CA 94607


BARRY A. WALLER
FRY, WALLER & MCCANN CO., L.P.A.
35 EAST LIVINGSTON AVENUE
COLUMBUS, OH 43215


BLOOM INSURANCE AGENCY, LLC
1801 S. LIBERTY DRIVE
BLOOMINGTON, IN 47403

BLOOM MEDIA SERVICES, LLC
1801 S. LIBERTY DRIVE
BLOOMINGTON, IN 47403


BOB EGLE, LLC
4103 FAIRFAX DRIVE
COLUMBUS, OH 43220


CHICAGO TRIBUNE
14839 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0148


CIRCA MUSIC
5030 BRADENTON AVENUE
DUBLIN, OH 43017


CLEARSPRING TECHNOLOGIES
800 WESTPARK DRIVE
SUITE 625
MCLEAN, VA 22102


CLENDENING JOHNSON AND BOHRER, P.C.
400 W. PATTERSON DRIVE
SUITE 205
BLOOMINGTON, IN 47403


CLIFFORD CHANCE LLP
31 W. 52ND STREET
NEW YORK, NY 10019

CMEDIA SERVICES, LLC
207 NW PARK AVENUE
PORTLAND, OR 97209


CONWAY SUN
64 SEAVEY STREET
NORTH CONWAY, NH 03860


CORE MEDIA
695 ROUTE 46 WEST
SUITE 403
FAIRFIELD, NJ 07004


CROSSROADS DEVELOPMENT GROUP, INC.
1801 S. LIBERTY DRIVE
BLOOMINGTON, IN 47403


CULLIGAN WATER
490 N. CLARK BOULEVARD
CLARKSVILLE, IN 47129


CURTIS D. RIPLEY
LEONARD, STREET AND DEINARD, P.A.
150 S. FIFTH STREET, SUITE 2300
MINNEAPOLIS, MN 55402


DEBBIE BURGAN
600 E. MAIN STREET
SUITE 310
LOUISVILLE, KY 40202

EGIX
P.O. BOX 748001
CINCINNATI, OH 45274


EXETER NEWS LETTER
111 NEW HAMPSHIRE AVENUE
PORTSMOUTH, NH 03801


FINELIGHT AGENCY, LLC
1801 S. LIBERTY DRIVE
BLOOMINGTON, IN 47403


GOLDBERG SEGALLA LLP
665 MAIN STREET
SUITE 400
BUFFALO, NY 14203


HUMANA, INC.
3594 RELIABLE PARKWAY
CHICAGO, IL 60686-0035


INA B. SCHER
DAVIS & GILBERT LLP
1740 BROADWAY
NEW YORK, NY 10019


INGENIX
12125 TECHNOLOGY DRIVE
EDEN PRAIRIE, MN 55344

JAPS-OLSON COMPANY
7500 EXCELSIOR BOULEVARD
MINNEAPOLIS, MN 55426


JOHN HANCOCK LIFE INSURANCE
1475 E. WOODFIELD ROAD
SUITE 100
SCHAUMBURG, IL 60173


JOSEPH MULVEY
MULVEY LAW LLC
133 W. MARKET STREET, SUITE 274
INDIANAPOLIS, IN 46204


JP OWNERSHIP GROUP, INC.
10765 LANTERN ROAD
SUITE 201
FISHERS, IN 46038


KANTAR MEDIA
11 MADISON AVENUE
12TH FLOOR
NEW YORK, NY 10010


KNOWLEDGE BASE MARKETING
2050 N. GREENVILLE AVENUE
RICHARDSON, TX 75082-4322


MAIL LOUISVILLE, INC.
12500 WESTPORT ROAD
LOUISVILLE, KY 40245

MALLOR GRODNER LLP
511 WOODCREST DRIVE
BLOOMINGTON, IN 47401


MARK WATERFILL
BENESCH FRIEDLANDER COPLAN & ARONOFF
1 AMERICAN SQUARE, SUITE 2300
INDIANAPOLIS, IN 46282


MEDIA PARTNER
80 ELMWOOD DRIVE
GLEN CARBON, IL 62034


METROPOLITAN JEWISH HEALTH SYSTEM, INC.
6323 7TH AVENUE
BROOKLYN, NY 11220


MICHAEL J. JOHRENDT
JOHRENDT & HOLFORD
250 E. BROAD STREET, SUITE 200
COLUMBUS, OH 43215


MILLS JAMES
P.O. BOX 714086
CINCINNATI, OH 45271


PIEDMONT COMMUNITY HEALTH PLAN, INC.
1937 THOMASON DRIVE
LYNCHBURG, VA 24501

POWER LISTS AND DATA
782 SHEARER STREET
NORTH WALES, PA 19454


R. BROCK JORDAN
DENSBORN BLACHLY, LLP
500 E. 96TH STREET, SUITE 100
INDIANAPOLIS, IN 46240


RAINER U. ZIEHM
1239 N. HIGH STREET
COLUMBUS, OH 43201


REGIONS BANK
P.O. BOX 2224
BIRMINGHAM, AL 35246


RMG COMMUNICATIONS, LLC
1801 S. LIBERTY DRIVE
BLOOMINGTON, IN 47403


ROBERTS DISTRIBUTORS
255 S. MERIDIAN STREET
INDIANAPOLIS, IN 46225


ROSETTE PRINTING
517 WIDGEON
BLOOMINGDALE, IL 60108

SEB IMMOBILIEN GMBG
2 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-1050


SHERMAN T. ROGERS
3500 S. SNODDY ROAD
BLOOMINGTON, IN 47401


SOFTWARE HOUSE INTERNATIONAL INC.
33 KNIGHTSBRIDGE ROAD
PISCATAWAY, NJ 08854


SRDS
PERQ/HCI YOUNG REPUBLIC INC.
1700 HIGGINS ROAD
DES PLAINES, IL 60018


STEVEN M. LUTZ
CHURCH CHURCH HITTLE & ANTRIM
10765 LANTERN ROAD, SUITE 201
FISHERS, IN 46037


STUDIO CENTER
161 BUSINESS PARK DRIVE
VIRGINIA BEACH, VA 23462


THE SENTINEL OF GLOUCESTER COUNTY
330 OAK AVENUE
MALAGA, NJ 08328

```
TIME WARNER TELECOM
1700 LINCOLN STREET
LOWER LEVEL 3
DENVER, CO 80274


VICTORIA JAMES
11 STONEFENCE LANE
SOUTH KENT, CT 06785


VISALIA NEWSPAPERS, INC.
330 N. WEST STREET
VISALIA, CA 93291


WGN
435 N. MICHIGAN AVENUE
SUITE 1
CHICAGO, IL 60611


XEROX CORPORATION
P.O. BOX 650361
DALLAS, TX 75265-0361
```

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Fine Light, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Fine Light, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Sherman T. Rogers**
**3500 S. Snoddy Road**
**Bloomington, IN 47401**

☐ None [*Check if applicable*]

**March 16, 2016**

Date

**/s/ Wendy D. Brewer**

**Wendy D. Brewer 22669-49**

Signature of Attorney or Litigant

Counsel for   **Fine Light, Inc.**

**Jefferson & Brewer, LLC**
**300 N. Meridian St., Ste. 220**
**Indianapolis, IN 46204**
**317-215-6220 Fax:317-252-0275**
**wbrewer@jeffersonbrewer.com**