UNITED STATES BANKRUPTCYCOURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| FINE LIGHT, INC., ) | Case No. 16-01854-RLM-11 |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | |
| RMG COMMUNICATIONS, LLC, ) | Case No. 16-01855-RLM-11 |
| ) | |
| Debtor. ) | |

**MOTION FOR JOINT ADMINISTRATION OF CASES**

Fine Light, Inc. ("**Fine Light**") and RMG Communications LLC ("**RMG**") (together, the "**Debtors**"), by counsel, hereby file their Motion for Joint Administration of Cases (the "**Motion**"), which is being filed in each of the above captioned bankruptcy cases (the "**Cases**") pursuant to Bankruptcy Rule 1015(b), Local Rule B-1015-1 and 11 U.S.C. § 105(a).  In support of this Motion, the Debtors hereby state:

JURISDICTION

1. On March 17, 2016, Fine Light filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of Indiana, Indianapolis Division (the "**Bankruptcy Court**").  On March 17, 2016, RMG also filed with the Bankruptcy Court its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

2. No Trustee or examiner has been appointed and no committee has been appointed or designated in the Debtors' Cases.

3. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157

1

and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory basis for the relief requested herein is Bankruptcy Rule 1015(b), Local Rule B-1015-1 and 11 U.S.C. 105(a).

### FACTUAL BACKGROUND – FINE LIGHT, INC.

4.  The Debtor is an Indiana corporation located in Bloomington, Monroe County, Indiana.

5.  Fine Light is an advertising agency. The commencement of the Fine Light's Bankruptcy Case was necessary to preserve the remaining value in Fine Light and to enable Fine Light the opportunity to negotiate a plan of liquidation beneficial to all creditors of Fine Light's bankruptcy estate.

6.  Fine Light is the sole member of RMG.

### FACTUAL BACKGROUND – RMG COMMUNICATIONS LLC

7.  RMG is an Indiana limited liability company located at Bloomington, Monroe County, Indiana.

8.  RMG is a sales, lead generation and call center company. The commencement of RMG's Bankruptcy Case was necessary to preserve the remaining value in RMG and to enable RMG the opportunity to negotiate a plan of liquidation beneficial to all creditors of RMG's bankruptcy estate.

### RELIEF REQUESTED

9.  By this Joint Administration Motion, Debtors seek entry of an order authorizing joint administration of the two (2) above captioned Bankruptcy Cases under the case number assigned to the Lead Case (first to file) Fine Light, Inc. (Case Number 16-01854-RLM-11). The Debtors request that the caption of their Chapter 11 cases (the "**Cases**") be modified to reflect the

joint administration of the Chapter 11 cases as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **FINE LIGHT INC., and** | ) | **Chapter 11** |
| **RMG COMMUNICATIONS, LLC,** | ) | |
| | ) | **Case No. 16-01854-RLM-11** |
| **Debtor(s).** | ) | **(Jointly Administered)** |

**BASIS FOR RELIEF REQUESTED**

10.   In order to administer the pending Cases optimally and economically, the Cases should be jointly administered, for procedural purposes only, under the case number assigned to Fine Light, Inc.  Many of the matters that will arise in these Chapter 11 Cases will jointly affect each debtor.  By jointly administering the Debtors' Chapter 11 Cases, the Debtors will be able to reduce fees and costs resulting form the administration of these Chapter 11 Cases and ease the onerous administrative burden of having to file multiple documents.

11.   Federal Rule of Bankruptcy Procedure 1015(b)(4) provides, in relevant part: "If a joint petition or two more petitions are pending in the same court by or against…a debtor and an affiliate, the court may order joint administration of estates."

12.   The Debtors are "affiliates" as that term is defined in 11 U.S.C. § 101(2). The Debtors are also related parties within Bankruptcy Rule 1015(b). Accordingly, this Court is authorized to grant the relief requested herein.

13.   The rights of the Debtors' respective creditors will not be adversely affected by the joint administration of these Chapter 11 Cases because this motion requests only administrative, not substantive, consolidation of the estates.  Thus, all of the Debtors' creditors

will benefit from the reduced costs as a result of such joint administration. The Court will also be relieved of the burden of entering duplicative orders and maintaining duplicative files. Finally, supervision of the administrative aspects of these Chapter 11 Cases by the Office of the United States Trustee will be simplified.

14. Based upon the foregoing, the joint administration of the above-captioned Chapter 11 Cases is in the best interests of the Debtors, their creditors, and all other parties in interest.

### NOTICE AND NO PREVIOUS REQUEST

15. Notice of the relief requested in this Motion will be provided to the creditors of Fine Light, Inc. and RMG Communications LLC, entitled thereto and the United States Trustee.

16. No previous request for the relief sought herein has been made to this or any other Court.

WHEREFORE, the Debtors respectfully request that the Court enter an Order: a) authorizing the joint administration of the above-captioned cases under Case No.:16-01854-RLM-11; and b) granting all other just and proper relief.

Respectfully submitted this 17th day of March 2016,

/s/ Wendy D. Brewer
Wendy D. Brewer (#22669-49)
Caroline E. Richardson (#28746-49)
Jefferson & Brewer, LLC
300 N. Meridian Street, Suite 220
Indianapolis, IN  46204
Tel:  (317) 215-6220 x701
Email:  wbrewer@jeffersonbrewer.com
crichardson@jeffersonbrewer.com
*Proposed Attorneys for Fine Light, Inc. and RMG Communications LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing *Motion for Joint Administration* was filed electronically on March 17, 2016.  Notice of this filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system. I hereby further certify that I caused a copy of the foregoing *Motion* to be served via U.S. Mail, First Class, Postage Pre-Paid upon parties that are not registered to receive notice by operation of the Court's electronic filing system at their respective addresses listed on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                      /s/ Wendy D. Brewer
                                 Wendy D. Brewer (#22669-49)