JENSEN/BREWER

**JensenBrewer, LLC**
333 N. Alabama Street
Suite 350
Indianapolis, IN 46204
United States
(317) 215-6220

**Fine Light, Inc.**
1801 S. Liberty Drive
Suite 200
Bloomington, IN 47403

| | |
|---|---|
| **Balance** | $7,110.00 |
| **Invoice #** | 00597 |
| **Invoice Date** | April 07, 2016 |
| **Payment Terms** | Net 15 |
| **Due Date** | April 22, 2016 |

## Fine Light - RMG re: Chapter 11 Bankruptcies

For services rendered between March 01, 2016 and March 31, 2016

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 03/14/2016 | CE | BK-Case Administration | Review old Best Case files; re-open information; upload current Base Case information received; communication with WDB re: legal matters listed on SOFA; research case dockets; download and print for attorney review. | 100.00 | 0.7 | 70.00 |
| 03/14/2016 | WB | BK-Case Administration | Meeting regarding potential new chapter 11 cases and history of same; draft engagement letters. | 350.00 | 1.5 | 525.00 |
| 03/14/2016 | WB | BK-Case Administration | Various communication with clients regarding schedule preparation; work on schedules and SOFA; communication with proposed special counsel and CRO; review judgments and dockets for litigation involving debtors; further communication with client. | 350.00 | 3.5 | 1225.00 |
| 03/15/2016 | WB | BK-Case Administration | Various calls and email communication with Debtor's representatives regarding schedule and statement of financial affairs information and related Chapter 11 matters; work on revisions to schedules and statements of financial affairs for both debtors. | 350.00 | 1.9 | 665.00 |
| 03/15/2016 | CE | BK-Case Administration | Communication with WDB re: documents needed; draft Application to Employ JB; Affidavit of WDB; proposed Order; Motion to Set Interim Compensation Procedures; proposed Order; Application to Employ CRO; Affidavit of B. Barron; proposed Order; forward documents to attorneys for revision. | 100.00 | 3.2 | 320.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/16/2016 | CE | BK-Case Administration | Review local rules re: joint administration; draft Motion for Joint Administration and proposed Order; forward to attorneys for revision; communication with WDB re: additional items; draft CER's Appearances; forward to attorneys for review. | 100.00 | 1.3 | 130.00 |
| 03/16/2016 | CR | Review and Draft Revisions | Review and revise Motion for Joint Administration of Cases and Order granting same | 250.00 | 1.0 | 250.00 |
| 03/16/2016 | WB | BK-Case Administration | Work on Petition, Schedules and Statement of Financial Affairs; various communication with client regarding same and revisions/updates/additional information. | 350.00 | 2.8 | 980.00 |
| 03/16/2016 | WB | BK-Employment and Fee Applications | Work on revisions to draft applications to employ J&B and declaration in support of same; work on revisions to draft applications to employ BBC and declaration in support of same; communication with client; communication with proposed special counsel and BBC regarding terms and independence of assignment. | 350.00 | 1.8 | 630.00 |
| 03/16/2016 | WB | BK-Business Operations | Revise and edit draft corporate resolutions for each debtor; communicate with client regarding same. | 350.00 | 0.8 | 280.00 |
| 03/17/2016 | CE | BK-Case Administration | Communication with WDB re: filing status; review court notices; download documents for attorney review; review emails from WDB re: additional documents and revision; revise previously drafted documents; return to WDB for approval; e-file documents. | 100.00 | 1.1 | 110.00 |
| 03/17/2016 | WB | BK-Case Administration | Finalized and file Petition, Schedules and Statement of Financial Affairs; revise and edit and file motion for joint administration; communication with client and court staff regarding first day motions and hearing needs. | 350.00 | 1.6 | 560.00 |
| 03/17/2016 | WB | BK-Employment and Fee Applications | Finalize and file application to employ Jefferson & Brewer and Declaration in support; finalize and file application to employ Barron Business Consulting and Declaration in support; communication with CRO; communication with client. | 350.00 | 1.4 | 490.00 |
| 03/17/2016 | WB | BK-Claims Administration and Objections | Revise and edit notice of bankruptcy and automatic stay for district court action by judgment creditor; finalize and file same; communication with CRO and proposed special counsel regarding same to step in and pursue claims for estate; work on revising and editing similar notice for state court action. | 350.00 | 0.7 | 245.00 |
| 03/18/2016 | CE | BK-Case Administration | Review court notices; download documents for attorney review. | 100.00 | 0.3 | 30.00 |
| 03/21/2016 | CE | BK-Case Administration | Review court notices; download documents for attorney review; review Notice of Undeliverable Address from WDB; research updated addresses for creditors; draft Notice of Change of Address and exhibit; forward to WDB for approval. | 100.00 | 0.7 | 70.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/22/2016 | CE | BK-Case Administration | Review court notices; download documents for attorney review; docket due dates for objections; review email from WDB re: undeliverable addresses; communication with WDB re: same; revise and forward Notice to WDB for review; review email; e-file; prepare service packets. | 100.00 | 0.6 | 60.00 |
| 03/22/2016 | WB | BK-Case Administration | Receive and review application to employ special counsel and communicate with client, CRO and special counsel to coordinate getting up to speed on claims to pursue on behalf of estate. | 350.00 | 0.3 | 105.00 |
| 03/24/2016 | CE | BK-Case Administration | Review court notices; download documents for attorney review. | 100.00 | 0.2 | 20.00 |
| 03/25/2016 | CE | BK-Case Administration | Review court notices; download documents for attorney review. | 100.00 | 0.4 | 40.00 |
| 03/29/2016 | WB | Review and Draft Revisions | Review and revise draft notice to state court regarding filing of bankruptcy and transition of claims to property of the bankruptcy estate. | 350.00 | 0.4 | 140.00 |
| 03/30/2016 | CE | BK-Case Administration | Review email from WDB; review IDI packets; convert documents to Word format; draft email to client re: same; forward email to WDB for review and/or revision. | 100.00 | 0.6 | 60.00 |
| 03/30/2016 | WB | BK-Case Administration | Communication with UST regarding IDI and rescheduling of same; initial work on IDI document collection. | 350.00 | 0.3 | 105.00 |
| | | | | Totals: | **27.1** | **$7,110.00** |

| Terms & Conditions: | | |
|---|---|---|
| We accept credit card payments. If interested in utilizing this service, please contact Cathy Evans at (317) 215-6220 x703. Thank you. | Time Entry Sub-Total: | 7,110.00 |
| | **Sub-Total:** | 7,110.00 |
| | **Total:** | 7,110.00 |
| | **Amount Paid:** | 0.00 |
| | **Balance Due:** | **$7,110.00** |

# JENSEN/BREWER

**JensenBrewer, LLC**
333 N. Alabama Street
Suite 350
Indianapolis, IN 46204
United States
(317) 215-6220

**Fine Light, Inc.**
1801 S. Liberty Drive
Suite 200
Bloomington, IN 47403

| | |
|---|---|
| **Balance** | $8,980.00 |
| **Invoice #** | 00622 |
| **Invoice Date** | May 05, 2016 |
| **Payment Terms** | Net 15 |
| **Due Date** | |

## Fine Light - RMG re: Chapter 11 Bankruptcies

For services rendered between April 01, 2016 and April 30, 2016

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 04/04/2016 | CE | BK-Case Administration | Review email from WDB; download Income & Expense Statements; follow-up communication with WDB re: filing; e-file documents; review file-stamped Notice of Bankruptcy from Monroe County Circuit Court and note from Court; forward copy to WDB with comment from Court; review court notices; download documents for attorney review; pull declaration page from court's website; draft changes; forward to WDB for approval to send to client; draft email to client with declarations. | 100.00 | 0.9 | 90.00 |
| 04/04/2016 | WB | BK-Case Administration | Communicate with court staff; coordinate filing of income and expense documents. | 350.00 | 0.2 | 70.00 |
| 04/05/2016 | CE | BK-Case Administration | Review email from WDB; revise email to client re: IDI packets for both entities; communication with client re: IDI conference and packet due dates; follow-up communication with client re: receipt of IDI packet from Trustee; locate and forward copies of documents sent previously to client; review returned mail; research updated addresses for creditors; draft Notice of Change of Address and Notice of Address Unavailability; forward to WDB for approval. | 100.00 | 0.9 | 90.00 |
| 04/05/2016 | WB | BK-Case Administration | Communication with client and paralegal regarding IDI document prep and assembly. | 350.00 | 0.3 | 105.00 |

| Date | Initials | Category | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/06/2016 | CE | BK-Case Administration | Review email from WDB; revise and e-file Notice of Change of Address with exhibits and Notice of Address Unavailability; prepare service packets; review court notices; download documents for attorney review; communication with client re: new bank accounts and procedures. | 100.00 | 0.5 | 50.00 |
| 04/06/2016 | CR | BK-Case Administration | Communication with K. Todd regarding preparation for IDI | 250.00 | 0.1 | 25.00 |
| 04/07/2016 | CE | BK-Case Administration | Review email from client; download IDI documents received from client; communication with attorneys re: same. | 100.00 | 0.2 | 20.00 |
| 04/07/2016 | WB | BK-Case Administration | Prepare IDI Notebook for submission to UST's office; communication with UST regarding same; communication with client. | 350.00 | 1.2 | 420.00 |
| 04/08/2016 | WB | BK-Litigation | Receive and briefly review motion to dismiss and motion to stay. | 350.00 | 0.2 | 70.00 |
| 04/11/2016 | CE | BK-Case Administration | Review court notices; download documents for attorney review. | 100.00 | 0.2 | 20.00 |
| 04/11/2016 | WB | BK-Case Administration | Various communication and preparation for IDI. | 350.00 | 0.4 | 140.00 |
| 04/12/2016 | CE | BK-Case Administration | Review court notices; download documents for attorney review; review returned mail; draft Notice of Change of Address; forward to WDB for approval; revise Notice; e-file with Court; prepare and mail service packet. | 100.00 | 0.4 | 40.00 |
| 04/12/2016 | WB | BK-Case Administration | Communication with client representative in preparation for initial debtor interview and 341 meeting; received notice of recusal and assignment of new judge. | 350.00 | 0.6 | 210.00 |
| 04/12/2016 | WB | BK-Claims Administration and Objections | Prepare for status hearing in CMedia case; receive and review order staying case; communication with special counsel regarding same. | 350.00 | 0.5 | 175.00 |
| 04/13/2016 | CE | BK-Case Administration | Review court notices; download documents for attorney review; review email from WDB; draft Notices of Dial-In for both matters; forward to WDB for approval; e-file Notices. | 100.00 | 0.5 | 50.00 |
| 04/13/2016 | WB | BK-Case Administration | Communication with court staff and UST; communication with interested parties regarding status conference with new Judge; communication with client and UST regarding IDI logistics and confirmation. | 350.00 | 0.6 | 210.00 |
| 04/14/2016 | WB | BK-Case Administration | Finish draft narrative and communicate with client; prepare for and attend initial debtor interview with client; prepare for and attend telephonic status hearing with Court. | 350.00 | 1.5 | 525.00 |
| 04/15/2016 | CE | BK-Case Administration | Review court notices; download documents for attorney review; docket due dates. | 100.00 | 0.2 | 20.00 |
| 04/18/2016 | CE | BK-Case Administration | Review court notices; download documents for attorney review. | 100.00 | 0.2 | 20.00 |
| 04/18/2016 | WB | BK-Case Administration | Communication with client to prepare for 341 Meeting and related matters. | 350.00 | 0.6 | 210.00 |

| Date | | | Description | | | |
|---|---|---|---|---|---|---|
| 04/19/2016 | CR | BK-Case Administration | Prepare for and attend 341 Meeting [billed at half hourly rate due to attendance by 2 attorneys]. | 125.00 | 1.2 | 150.00 |
| 04/19/2016 | WB | BK-Case Administration | Meet with client and attend 341 Meeting of Creditors (billed at half regular billable rate due to attendance by 2 attorneys). | 175.00 | 1.8 | 315.00 |
| 04/20/2016 | CR | BK-Litigation | Draft Response to Motion to Dismiss Bankruptcy | 250.00 | 9.5 | 2375.00 |
| 04/21/2016 | CR | BK-Litigation | Continue drafting Response to Motion to Dismiss | 250.00 | 5.5 | 1375.00 |
| 04/21/2016 | WB | BK-Litigation | Research, review and revise objection to motion to dismiss; various communication regarding same. | 350.00 | 0.8 | 280.00 |
| 04/22/2016 | CE | BK-Case Administration | Review court notices; download documents for attorney review. | 100.00 | 0.2 | 20.00 |
| 04/22/2016 | CR | BK-Litigation | Review and revise Objection to Motions to Dismiss; finalize and file Objection to Motions to Dismiss | 250.00 | 4.7 | 1175.00 |
| 04/22/2016 | WB | BK-Litigation | Review and revise draft objection to motion to dismiss; communication with co-counsel regarding same (conference time not billed). | 350.00 | 1.2 | 420.00 |
| 04/25/2016 | CE | BK-Case Administration | Review court notices; download documents for attorney review. | 100.00 | 0.2 | 20.00 |
| 04/28/2016 | WB | BK-Litigation | Review and analyze various filings related to motion to dismiss and responses to same; communication regarding same. | 350.00 | 0.7 | 245.00 |
| 04/28/2016 | WB | BK-Meetings and Communications with Creditors | Communication with counsel for ad hoc judgment creditors' committee. | 350.00 | 0.1 | 35.00 |
| 04/28/2016 | CE | BK-Case Administration | Review court notices; download claims for attorney review. | 100.00 | 0.1 | 10.00 |
| | | | | Totals: | 36.2 | $8,980.00 |

**Terms & Conditions:**

We accept credit card payments. If interested in utilizing this service, please contact Cathy Evans at (317) 215-6220 x703. Thank you.

| | |
|---|---|
| Time Entry Sub-Total: | 8,980.00 |
| Sub-Total: | 8,980.00 |
| Total: | 8,980.00 |
| Amount Paid: | 0.00 |
| **Balance Due:** | **$8,980.00** |

# Account Summary

## Fine Light, Inc.'s Trust History

Balance As Of 05/05/2016: $21,566.00

| Date | Related To | Details | Amount | Balance |
|---|---|---|---|---|
| 03/21/2016 | 00591 | Payment from trust | -$3,434.00 | $21,566.00 |
| 03/14/2016 | -- | Trust deposit | $25,000.00 | $25,000.00 |

JENSEN/BREWER

**JensenBrewer, LLC**
333 N. Alabama Street
Suite 350
Indianapolis, IN 46204
United States
(317) 215-6220

**Fine Light, Inc.**
1801 S. Liberty Drive
Suite 200
Bloomington, IN 47403

| | |
|---|---|
| **Balance** | $5,026.40 |
| **Invoice #** | 00656 |
| **Invoice Date** | June 06, 2016 |
| **Payment Terms** | Due Date |
| **Due Date** | |

**\*\* Corrected Invoice - to reduce travel time hourly rate for CER \*\***

## Fine Light - RMG re: Chapter 11 Bankruptcies

For services rendered between May 01, 2016 and May 31, 2016

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 05/02/2016 | CE | BK-Case Administration | Review court notices; download documents for attorney review. | 100.00 | 0.2 | 20.00 |
| 05/02/2016 | WB | BK-Meetings and Communications with Creditors | Conference call with J. Irving regarding potential liquidation trustee and plan; communication regarding same. | 350.00 | 0.5 | 175.00 |
| 05/02/2016 | WB | BK-Asset Analysis and Recovery | Communication with counsel for FL West regarding settlement proposal and payment stream on receivable; communication with special counsel for CRO. | 350.00 | 0.4 | 140.00 |
| 05/03/2016 | CE | BK-Case Administration | Review court notice; download document for attorney review; review communication from CER; prepare documents for 5/4/16 hearing. | 100.00 | 0.6 | 60.00 |
| 05/03/2016 | CR | BK-Litigation | Confer with W. Brewer, B. Barron and T. Hall regarding hearing on Motions to Dismiss; prepare for hearing. | 250.00 | 0.7 | 175.00 |
| 05/03/2016 | WB | BK-Litigation | Various communication with interested parties regarding motion to dismiss and related filings. | 350.00 | 0.9 | 315.00 |
| 05/04/2016 | CE | BK-Case Administration | Review court notices; download documents for attorney review. | 100.00 | 0.1 | 10.00 |
| 05/04/2016 | CR | BK-Litigation | Prepare for, travel to and attend hearing on Motions to Dismiss (billed at half hourly rate) | 125.00 | 7.2 | 900.00 |
| 05/04/2016 | WB | BK-Non-Working Travel | Travel to/from New Albany for hearing on Motion to Dismiss (billed only for typical travel time, not for travel delays, and billed at half hourly rate). | 175.00 | 4.0 | 700.00 |

| Date | Atty | Category | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/04/2016 | WB | BK-Litigation | Prepare for and attend hearing on Motion to Dismiss including conferences prior to hearing with various parties (not duplicated with travel time). | 350.00 | 2.1 | 735.00 |
| 05/05/2016 | CE | BK-Case Administration | Review court notices; download documents for attorney review. | 100.00 | 0.2 | 20.00 |
| 05/09/2016 | CE | BK-Case Administration | Review court notices; download documents for attorney review. | 100.00 | 0.1 | 10.00 |
| 05/13/2016 | WB | BK-Case Administration | Communication with UST regarding examiner nomination and regarding bank statements; communication with client regarding same. | 350.00 | 0.3 | 105.00 |
| 05/13/2016 | WB | BK-Employment and Fee Applications | Review and revise draft motion to establish interim comp procedures and file same. | 350.00 | 0.4 | 140.00 |
| 05/16/2016 | CE | BK-Case Administration | Review court notice; download document for attorney review. | 100.00 | 0.1 | 10.00 |
| 05/17/2016 | CE | BK-Case Administration | Communication with WDB and client re: BBC; draft cover letter to client re: refund of retainer fee. | 100.00 | 0.2 | 20.00 |
| 05/18/2016 | CE | BK-Case Administration | Review court notice; download document for attorney review. | 100.00 | 0.1 | 10.00 |
| 05/18/2016 | CR | BK-Case Administration | Communication with G. Fehribach | 250.00 | 0.1 | 25.00 |
| 05/18/2016 | WB | BK-Case Administration | Receive and review notice of Trustee appointment; communication regarding same. | 350.00 | 0.3 | 105.00 |
| 05/19/2016 | CE | BK-Case Administration | Review court notices; download claims for attorney review. | 100.00 | 0.1 | 10.00 |
| 05/19/2016 | CR | BK-Case Administration | Communications with Ch. 11 Trustee and counsel for Ch. 11 Trustee | 250.00 | 0.1 | 25.00 |
| 05/19/2016 | WB | BK-Case Administration | Various communication with and regarding Chapter 11 Trustee and counsel; communication with client regarding refund check received and related matters. | 350.00 | 0.4 | 140.00 |
| 05/20/2016 | CE | BK-Case Administration | Review email from WDB; draft Notice and Opportunity to Object; forward draft to WDB for revision and/or approval; communication with WDB re: court approval; e-file Notice; prepare and file Notices for mailing of service copies; draft COS and Exhibit A; forward to WDB for approval; e-file COS; review court notice; download document; communication with T. Hall and WDB; draft letter to client; return retainer fee to client. | 100.00 | 0.9 | 90.00 |
| 05/20/2016 | WB | BK-Case Administration | Call with court staff regarding Motion to Establish Interim Comp Procedures; review and edit draft notice regarding same. | 350.00 | 0.3 | 105.00 |
| 05/24/2016 | CE | BK-Case Administration | Review court notices; download documents for attorney review. | 100.00 | 0.2 | 20.00 |
| 05/24/2016 | CR | BK-Case Administration | Attend meeting with counsel for Ch. 11 Trustee, W. Brewer and S. Hodson | 250.00 | 1.1 | 275.00 |
| 05/24/2016 | WB | BK-Case Administration | Prepare for conference; attend conference with counsel for Chapter 11 Trustee regarding historical information and background of cases. | 350.00 | 1.4 | 490.00 |

| Date | EE | Activity | Description | | | |
|---|---|---|---|---|---|---|
| 05/26/2016 | WB | BK-Case Administration | Communication regarding trustee appointment and timing of same. | 350.00 | 0.1 | 35.00 |
| | | | Totals: | | **23.1** | **$4,865.00** |

**Expenses**

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 05/05/2016 | WB | Travel expense | Mileage to and from New Albany for hearing on 5/4/16. | 0.54 | 230.0 | 124.20 |
| 05/20/2016 | CE | Postage | Postage for service copies of Notice and Opportunity to Object. | 0.465 | 80.0 | 37.20 |
| | | | | Expense Total: | | **$161.40** |

| | |
|---|---|
| **Terms & Conditions:** | Time Entry Sub-Total: 4,865.00 |
| We accept credit card payments. If interested in utilizing this service, please contact us at (317) 215-6220. Thank you. | Expense Sub-Total: 161.40 |
| | **Sub-Total:** 5,026.40 |
| **Notes:** | Total: 5,026.40 |
| May not be paid until interim compensation procedures are approved by the Court and/or a Fee Application is submitted and approved. | Amount Paid: 0.00 |
| | **Balance Due:** **$5,026.40** |

# Account Summary

## Fine Light, Inc.'s Trust History

Balance As Of 06/06/2016: $21,566.00

| Date | Related To | Details | Amount | Balance |
|---|---|---|---|---|
| 03/21/2016 | 00591 | Payment from trust | -$3,434.00 | $21,566.00 |
| 03/14/2016 | -- | Trust deposit | $25,000.00 | $25,000.00 |